# EXHIBIT B



 info@arrowsecurity

📞 **Call us: +1-800-924-0138**

SERVICES ▾  | LOCATIONS ▾ | CONTACT US | JOBS | CUSTOMER SE 



## ARIZONA

### SURPRISE

 17206 West Caribbean Lane Surprise, AZ. 85388

 Paul Arteche

 (928) 920-1989 | 575-543-8965

📧 parteche@arrowsecurity.net

**INQUIRE FOR SERVICE**   **APPLY NOW!**



HOME    ABOUT    SERVICES    NEWS    CONTACTS

CORPORATE OFFICE

📍 300 W. Main Street Smithtown, NY 11787.

📞 1-800-924-0138

📧 info@arrowsecurity.net



© 2020 | Arrow Security

   



 info@arrowsecuri

📞 **Call us: +1-800-924-0138**

ABOUT | SERVICES ▾ | **LOCATIONS** ▾ | CONTACT US | JOBS | CUSTOMER SE 🔍



## CONNECTICUT

### NORTH HAVEN

 55 Middleton Ave. North Haven CT. 06473

 John Reed, Vice President

 888-690-0995 ext. 701 | 860-937-8498

 jreed@arrowsecurity.net



**55 Middletown Ave**
55 Middletown Ave, North Haven, CT 06473, USA

View larger map

**INQUIRE FOR SERVICE**     **APPLY NOW!**

---

HOME    ABOUT    SERVICES    NEWS    CONTACTS

**CORPORATE OFFICE**

🗺 300 W. Main Street Smithtown, NY 11787.

📞 1-800-924-0138

✉ info@arrowsecurity.net



@ 2020 | Arrow Security



 info@arrowsecuri

Call us: +1-800-924-0138

SERVICES ▼ | LOCATIONS ▼ | CONTACT US | JOBS | CUSTOMER SE



FLORIDA

## SOUTH FLORIDA REGION

 390 Jefferson Drive Deer Field Beach FL. 23204

 Alex Gonzalez

 954-822-6427

 alexg@arrowsecurity.net



**INQUIRE FOR SERVICE**          **APPLY NOW!**

---

## NORTH FLORIDA REGION

 1225 W Beaver Street Ste. 125 Jacksonville, FL 32204

 Sean Bundy

 904-945-2769 | 317-702-4963

 sbundy@arrowsecurity.net



**INQUIRE FOR SERVICE**          **APPLY NOW!**

HOME    ABOUT    SERVICES    NEWS    CONTACTS

CORPORATE OFFICE

 300 W. Main Street Smithtown, NY 11787.

📞 1-800-924-0138

✉ info@arrowsecurity.net



**ARROW SECURITY**
**ARON SECURITY, INC.**

 @ 2020 | Arrow Security

   





**Call us: +1-800-924-0138**

SERVICES ▾ | **LOCATIONS** ▾ | CONTACT US | JOBS | CUSTOMER SE 



GEORGIA

## WARNER ROBINS

 202 Kimberly Road Warner Robbins GA. 31088

 Tarius B Newsome

 478-334-4039

 tnewsome@arrowsecurity.net

**INQUIRE FOR SERVICE**   **APPLY NOW!**



---

HOME    ABOUT    SERVICES    NEWS    CONTACTS

**CORPORATE OFFICE**

 300 W. Main Street Smithtown, NY 11787.

📞 1-800-924-0138

✉ info@arrowsecurity.net



© 2020 | Arrow Security

   



 info@arrowsecuri

**Call us: +1-800-924-0138**

VICES ▾    **LOCATIONS** ▾    CONTACT US    JOBS    CUSTOMER SE    🔍



## MASSACHUSETTS

### WEST SPRINGFIELD

    203 Circuit Avenue Suite 121 West Springfield, MA 01089

    John Reed, Vice President

    888-690-0995 x 701

📧    jreed@arrowsecurity.net

**INQUIRE FOR SERVICE**        **APPLY NOW!**



---

HOME    ABOUT    SERVICES    NEWS    CONTACTS

**CORPORATE OFFICE**

 300 W. Main Street Smithtown, NY 11787.

📞 1-800-924-0138

📧 info@arrowsecurity.net



@ 2020 | Arrow Security





ARROW SECURITY
ARON SECURITY, INC.

 info@arrowsecuri

**Call us: +1-800-924-0138**

OME  ABOUT  SERVICES ▼  LOCATIONS ▼  CONTACT US  JOBS  CUSTOMER SE



NEW JERSEY

## UNION

 1767 Morris Avenue Suite 213 Union, N.J. 07083

 Scot Schroeder

📞 908-514-0516

 scot@arrowsecurity.net

[ INQUIRE FOR SERVICE ]  [ APPLY NOW! ]



**1767 Morris Ave #213**
1767 Morris Ave #213, Union, NJ 07083, USA

View larger map

---

HOME   ABOUT   SERVICES   NEWS   CONTACTS

CORPORATE OFFICE

 300 W. Main Street Smithtown, NY 11787.

📞 1-800-924-0138

✉ info@arrowsecurity.net

  



ARROW SECURITY
ARON SECURITY, INC.

© 2020 | Arrow Security



📞 Call us: +1-800-924-0138

SECURITY
CURITY, INC.

OUT | SERVICES ▾ | **LOCATIONS** ▾ | CONTACT US | JOBS | CUSTOMER SE | 🔍



NEW YORK

## NEW YORK CITY

📍 247 W 35th St, Mezzanine Level, N.Y. 10001

👤 Chris Fitzpatrick, Senior Regional Vice President

📞 (718) 206-2722

✉ cfitzpatrick@arrowsecurity.net

**INQUIRE FOR SERVICE** | **APPLY NOW!**



## LONG ISLAND

📍 300 W. Main Street Smithtown, NY 11787.

👤 Joseph Hirsch, Senior Regional Vice President

📞 631-675-2430

✉ jhirsch@arrowsecurity.net

**INQUIRE FOR SERVICE** | **APPLY NOW!**

For Security Guard Training in Smithtown

**Click Here**



## WETCHESTER AND UPSTATE

📍 5 Melody Lane Harriman, N.Y. 10926

👤 Juan Quinones

📞 914-661-6023

✉ jquinones@arrowsecurity.net

**INQUIRE FOR SERVICE** | **APPLY NOW!**



## ALBANY

📍 1510 Central Ave. Albany, NY 12205

👤 Dominic Paone

📞 518-378-0218

✉ dpaone@arrowsecurity.net

**INQUIRE FOR SERVICE** | **APPLY NOW!**



---

**CORPORATE OFFICE**

🏢 300 W. Main Street Smithtown, NY 11787.

📞 1-800-924-0138

✉ info@arrowsecurity.net



© 2020 | Arrow Security



 info@arrowsecurit

Call us: +1-800-924-0138

RVICES ▼   **LOCATIONS** ▼   CONTACT US   JOBS   CUSTOMER SE   🔍



OHIO

## COLUMBUS REGION

 155 E. Columbus Street Suite 150 Pickerington, OH. 43147

 Matthew Adegoke

📞 888-726-3083

 columbus@arrowsecurity.net

**INQUIRE FOR SERVICE**   **APPLY NOW!**



**155 E Columbus St #150**

155 E Columbus St #150, Pickerington, OH 43147, USA

View larger map

Google

Map data ©2021   Terms of Use   Report a map error

---

HOME   ABOUT   SERVICES   NEWS   CONTACTS

**CORPORATE OFFICE**

📍 300 W. Main Street Smithtown, NY 11787.

📞 1-800-924-0138

✉ info@arrowsecurity.net



@ 2020 | Arrow Security

   



 info@arrowsecuri

**Call us: +1-800-924-0138**

SERVICES ▾    **LOCATIONS** ▾    CONTACT US    JOBS    CUSTOMER SE



# OKLAHOMA

## MUSKOGEE

  PO Box 574 Muskogee, OK 74402

  Roger D. Wagner

  405-501-1224

  rwagner@arrowsecurity.net

**INQUIRE FOR SERVICE**    **APPLY NOW!**



Muskogee, OK 74402
Muskogee, OK, USA
View larger map

---

HOME    ABOUT    SERVICES    NEWS    CONTACTS

CORPORATE OFFICE

 300 W. Main Street Smithtown, NY 11787.

1-800-924-0138

info@arrowsecurity.net



@ 2020 | Arrow Security







 info@arrowsecurity



Call us: +1-800-924-0138

SERVICES ▾   LOCATIONS ▾   CONTACT US   JOBS   CUSTOMER SE   🔍



## TEXAS

### SAN ANTONIO

 10650 Culebro Rd. Suite 104-242 San Antonio, TX. 78251

 Mike Close

 210-391-8033 | 719-650-7880

 mclose@arrowsecurity.net

**INQUIRE FOR SERVICE**   **APPLY NOW!**



### HOUSTON

 754 Warrenton Road Suite 113 PO Box 302 Fredericksburg, VA 22406

 Loi Nguyen

 504-858-1021

 loi@arrowsecurity.net | lotiwin@yahoo.com

**INQUIRE FOR SERVICE**   **APPLY NOW!**



---

HOME   ABOUT   SERVICES   NEWS   CONTACTS

**CORPORATE OFFICE**

 300 W. Main Street Smithtown, NY 11787.

📞 1-800-924-0138

✉ info@arrowsecurity.net



**ARROW SECURITY**
**ARON SECURITY, INC.**

© 2020 | Arrow Security



 info@arrowsecurit

📞 Call us: +1-800-924-0138

| ...UT | SERVICES ▾ | LOCATIONS ▾ | CONTACT US | JOBS | CUSTOMER SE... |



VIRGINIA

### FREDERICKSBURG

 754 Warrenton Road Suite 113 PO Box 302 Fredericksburg, VA 22406

 Rich Brown

 571-494-8069

 rich@arrowsecurity.net

**INQUIRE FOR SERVICE**   **APPLY NOW!**



### ARLINGTON

 1655 North Fort Myer Drive #700 Arlington VA 2209



 301 379 7166



**INQUIRE FOR SERVICE**   **APPLY NOW!**



HOME   ABOUT   SERVICES   NEWS   CONTACTS

CORPORATE OFFICE

🏢 300 W. Main Street Smithtown, NY 11787.

📞 1-800-924-0138

✉ info@arrowsecurity.net



© 2020 | Arrow Security








ARROW SECURITY

Service    Training    Technology    People    Join Our Team    Contact/Locations



# Have a question?
# Need a quote?
# Call the number below
# or fill out the form.
# Let's talk.



ARROW SECURITY

Service    Training    Technology    People    Join Our Team    Contact/Locations

## Contact Us

**Name**

First                          Last

**Email**

**Phone**

**Comment**

Submit

# Locations



ALBANY, NY



CONNECTICUT



FLORIDA



GEORGIA



MARYLAND



MASSACHUSETTS



NEW HAMPSHIRE



NEW JERSEY



NEW YORK



PENNSYLVANIA



RHODE ISLAND



VIRGINIA

CORPORATE OFFICE
300 W. Main Street Smithtown, NY 11787
1-800-924-0138
info@arrowsecurity.net

ARROW SECURITY