# EXHIBIT C



ARROW SECURITY

Service    Training    Technology    People    Join Our Team    Contact/Locations

## Service, Training, Technology and People

Security Solutions Tailored
to Meet Your Needs



ARROW SECURITY

Service    Training    Technology    People    Join Our Team    Contact/Locations

## Arrow Service

It's What Sets Us Apart

Learn More



## Arrow Technology

State-of-the-Art Solutions

Learn More

## Arrow Training

Industry Leading Education

Learn More





## Arrow People

Professional Security Officers and
Leadership

Learn More

**Click here for a FREE security consultation**

More Information

**Interested in Joining the Team?**

More Information

## Call us today at (800) 924-0138!

CORPORATE OFFICE
300 W. Main Street Smithtown, NY 11787
1-800-924-0138
info@arrowsecurity.net

ARROW SECURITY



Service     Training     Technology     People     Join Our Team     Contact/Locations

# Service, Training, Technology and People

## Security Solutions Tailored to Meet Your Needs



Service     Training     Technology     People     Join Our Team     Contact/Locations

## Arrow Service

### It's What Sets Us Apart

Learn More



## Arrow Technology

### State-of-the-Art Solutions

Learn More



## Arrow Training

### Industry Leading Education

Learn More

## Arrow People

### Professional Security Officers and Leadership

Learn More



### Click here for a FREE security consultation

More Information

### Interested in Joining the Team?

More Information

# Call us today at (800) 924-0138!

CORPORATE OFFICE
300 W. Main Street Smithtown, NY 11787
1-800-924-0138
info@arrowsecurity.net





Service    Training    Technology    People    Join Our Team    Contact/Locations

# Have a question?
# Need a quote?
# Call the number below
# or fill out the form.
# Let's talk.





Service    Training    Technology    People    Join Our Team    Contact/Locations

## Contact Us

**Name**

First

Last

**Email**

**Phone**

**Comment**

Submit

# Locations


ALBANY, NY


CONNECTICUT


FLORIDA


GEORGIA


MARYLAND


MASSACHUSETTS


NEW HAMPSHIRE


NEW JERSEY


NEW YORK


PENNSYLVANIA


RHODE ISLAND


VIRGINIA

CORPORATE OFFICE
300 W. Main Street Smithtown, NY 11787
1-800-924-0138
info@arrowsecurity.net



