# EXHIBIT D

# NYS Department of State

## Division of Corporations

## Entity Information

The information contained in this database is current through February 5, 2021.

Selected Entity Name: ARON SECURITY, INC.
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | ARON SECURITY, INC. |
| **DOS ID #:** | 1922083 |
| **Initial DOS Filing Date:** | MAY 15, 1995 |
| **County:** | SUFFOLK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

ARON SECURITY, INC.
445 BROADHOLLOW ROAD
SUITE 228
MELVILLE, NEW YORK, 11747

**Chief Executive Officer**

ALEXANDER J CARO
300 W MAIN ST
SMITHTOWN, NEW YORK, 11787

## Principal Executive Office

ARON SECURITY, INC.
300 WEST MAIN STREET
SMITHTOWN, NEW YORK, 11787

## Registered Agent

DIANE C. CARROLL, ESQ.
445 BROADHOLLOW ROAD
SUITE 228
MELVILLE, NEW YORK, 11747

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

## *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 200 | No Par Value | |

*Stock information is applicable to domestic business corporations.

## Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| MAY 15, 1995 | Actual | ARON SECURITY, INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs   |   Privacy Policy   |   Accessibility Policy   |   Disclaimer   |   Return to DOS Homepage   |   Contact Us