# EXHIBIT E

ARROW SECURITY

Service Training Technology People Join Our Team Contact/Locations



# Service, Training, Technology and People

## Security Solutions Tailored to Meet Your Needs

ARROW SECURITY

Service Training Technology People Join Our Team Contact/Locations

# Arrow Service

## It's What Sets Us Apart

Learn More





# Arrow Technology

## State-of-the-Art Solutions

Learn More

# Arrow Training

## Industry Leading Education

Learn More






# Arrow People

## Professional Security Officers and Leadership

Learn More

## Click here for a FREE security consultation

More Information

## Interested in Joining the Team?

More Information

## Call us today at (800) 924-0138!

CORPORATE OFFICE
300 W. Main Street Smithtown, NY 11787
1-800-924-0138
info@arrowsecurity.net

ARROW SECURITY

ARROW SECURITY

Service Training Technology People Join Our Team Contact/Locations



# Service, Training, Technology and People

## Security Solutions Tailored to Meet Your Needs

ARROW SECURITY

Service Training Technology People Join Our Team Contact/Locations

# Arrow Service

## It's What Sets Us Apart

Learn More





# Arrow Technology

## State-of-the-Art Solutions

Learn More

# Arrow Training

## Industry Leading Education

Learn More






# Arrow People

## Professional Security Officers and Leadership

Learn More

**Click here for a FREE security consultation**

More Information

**Interested in Joining the Team?**

More Information

## Call us today at (800) 924-0138!

CORPORATE OFFICE
300 W. Main Street Smithtown, NY 11787
1-800-924-0138
info@arrowsecurity.net

ARROW SECURITY

ARROW SECURITY

Service Training Technology People Join Our Team Contact/Locations



# Training

1-800-924-0138

ARROW SECURITY

Service Training Technology People Join Our Team Contact/Locations

trained Officers are more capable of protecting your organization and your brand. Our training programs produce Officers with the skill sets to react appropriately in any situation.

## Our Training Offerings

Our comprehensive training program includes:

- Customer and site-specific training
- In-person Officer training
- On-line professional Security Officer courses
- Customer service training
- Supervisor development training
- Daily coaching and mentoring
- Special certifications:
  - FEMA Active Shooter

ARROW SECURITY

Service Training Technology People Join Our Team Contact/Locations

trained Officers are more capable of protecting your organization and your brand. Our training programs produce Officers with the skill sets to react appropriately in any situation.

Our Training Offerings

Our comprehensive training program includes:

- Customer and site-specific training
- In-person Officer training
- On-line professional Security Officer courses
- Customer service training
- Supervisor development training
- Daily coaching and mentoring
- Special certifications:
  - FEMA Active Shooter

ARROW SECURITY

Service Training Technology People Join Our Team Contact/Locations

trained Officers are more capable of protecting your organization and your brand. Our training programs produce Officers with the skill sets to react appropriately in any situation.

Our Training Offerings

Our comprehensive training program includes:

- Customer and site-specific training
- In-person Officer training
- On-line professional Security Officer courses
- Customer service training
- Supervisor development training
- Daily coaching and mentoring
- Special certifications:
  - FEMA Active Shooter

ARROW SECURITY

Service Training Technology People Join Our Team Contact/Locations

trained Officers are more capable of protecting your organization and your brand. Our training programs produce Officers with the skill sets to react appropriately in any situation.

Our Training Offerings

ARROW SECURITY

Service Training Technology People Join Our Team Contact/Locations

trained Officers are more capable of protecting your organization and your brand. Our training programs produce Officers with the skill sets to react appropriately in any situation.

Our Training Offerings

Our comprehensive training program includes:

- Customer and site-specific training
- In-person Officer training
- On-line professional Security Officer courses
- Customer service training
- Supervisor development training
- Daily coaching and mentoring
- Special certifications:
  - FEMA Active Shooter

ARROW SECURITY

Service Training Technology People Join Our Team Contact/Locations




ARROW SECURITY

Service Training Technology People Join Our Team Contact/Locations

peace of mind and ensure the highest quality care for each partner. We customize our technology to enhance your security program, mitigate risk, minimize cost, and better protect your people, property and guests.

## Command Centers

- Multiple local Command Centers that operate 24 / 7 / 365
- Command Center capabilities allow for Arrow to monitor posts and ensure they are always covered
- We can proactively see the Security Officers checking in and out in real-time
- Tour Commanders can dispatch security personnel and Field Inspectors / Supervisors immediately
- Tour Commanders work closely with the Regional Operations Managers to ensure your needs are met, including surge staffing and additional post requests
- Check in / out software links directly to payroll and billing for accurate invoicing and Officer pay





## Security Management Smartphones

Our smartphone and security management software gives you real-time data to measure your most important KPIs to create security program efficiencies and increase productivity.

- Hourly / daily / weekly / monthly automated customized reports and KPIs
- Client desktop or mobile portal for real-time view of activity
- Incorporates video or photo evidence
- Eliminates messy handwritten reporting
- Cloud-based interactive tour verification with guard prompts
- Electronic post order confirmation reporting and management
- Emergency response and communication
- Real-time GPS location and geo-fencing

## Check-in / Post Coverage

To ensure that our Officers are on post and on time, we use post monitoring software that is supervised by your local Command Center. If for some reason an Officer has not checked in as scheduled, we take immediate action to ensure continuity of security coverage for that post:

We reach out directly to the Officer to provide support as needed.

If the Officer is unable to report, the Security Officer who worked the prior shift is required to remain at the post until relief arrives.

If no Officer was previously on site, a mobile Field Inspector / Supervisor is dispatched to provide coverage at the post until a replacement Officer is provided by the Command Center.

## Tactical Security Operations Technology

Arrow trains its personnel in the use of state-of-the-art tactical security tools and systems:

- Medical response technologies, such as Automatic External Defibrillators
- Metal detection and x-ray screening technologies
- Explosives trace detection equipment
- Electronic visitor management and badging systems
- State-of-the-art video surveillance systems
- Intrusion detection and alarm point monitoring systems
- Access control technologies, including biometric and proximity card technologies
- Environmental monitoring technologies

## Integrated Security Solutions

At Arrow we believe in holistic and layered approach to your security and safety. Through our Strategic Alliance Partner network, we can help provide you with the most comprehensive protection. By combining the expertise of Arrow and our Strategic Alliance Partners you have access to the best available security in the industry today.




CORPORATE OFFICE
300 W. Main Street Smithtown, NY 11787
1-800-924-0138
info@arrowsecurity.net

ARROW SECURITY



# Technology

1-800-924-0138

ARROW SECURITY

Service Training Technology People Join Our Team Contact/Locations

peace of mind and ensure the highest quality care for each partner. We customize our technology to enhance your security program, mitigate risk, minimize cost, and better protect your people, property and guests.

## Command Centers

- Multiple local Command Centers that operate 24 / 7 / 365
- Command Center capabilities allow for Arrow to monitor posts and ensure they are always covered
- We can proactively see the Security Officers checking in and out in real-time
- Tour Commanders can dispatch security personnel and Field Inspectors / Supervisors immediately
- Tour Commanders work closely with the Regional Operations Managers to ensure your needs are met, including surge staffing and additional post requests
- Check in / out software links directly to payroll and billing for accurate invoicing and Officer pay





## Security Management Smartphones

Our smartphone and security management software gives you real-time data to measure your most important KPIs to create security program efficiencies and increase productivity.

- Hourly / daily / weekly / monthly automated customized reports and KPIs
- Client desktop or mobile portal for real-time view of activity
- Incorporates video or photo evidence
- Eliminates messy handwritten reporting
- Cloud-based interactive tour verification with guard prompts
- Electronic post order confirmation reporting and management
- Emergency response and communication
- Real-time GPS location and geo-fencing

## Check-in / Post Coverage

To ensure that our Officers are on post and on time, we use post monitoring software that is supervised by your local Command Center. If for some reason an Officer has not checked in as scheduled, we take immediate action to ensure continuity of security coverage for that post:

We reach out directly to the Officer to provide support as needed.

If the Officer is unable to report, the Security Officer who worked the prior shift is required to remain at the post until relief arrives.

If no Officer was previously on site, a mobile Field Inspector / Supervisor is dispatched to provide coverage at the post until a replacement Officer is provided by the Command Center.

## Tactical Security Operations Technology

Arrow trains its personnel in the use of state-of-the-art tactical security tools and systems:

- Medical response technologies, such as Automatic External Defibrillators
- Metal detection and x-ray screening technologies
- Explosives trace detection equipment
- Electronic visitor management and badging systems
- State-of-the-art video surveillance systems
- Intrusion detection and alarm point monitoring systems
- Access control technologies, including biometric and proximity card technologies
- Environmental monitoring technologies

## Integrated Security Solutions

At Arrow we believe in holistic and layered approach to your security and safety. Through our Strategic Alliance Partner network, we can help provide you with the most comprehensive protection. By combining the expertise of Arrow and our Strategic Alliance Partners you have access to the best available security in the industry today.




CORPORATE OFFICE
300 W. Main Street Smithtown, NY 11787
1-800-924-0138
info@arrowsecurity.net

ARROW SECURITY






ARROW SECURITY

Service Training Technology People Join Our Team Contact/Locations

## Recruitment, Hiring & Screening

corporate and regional operations and HR Teams to provide you with high quality Security Officers. Rigorous screening and hiring protocols help us place the right Officer to meet your needs. We are committed to diversity and providing equal opportunity to all who apply.

**These efforts include:**

- Officer Support Hotline
- Officer Mentorship
- Employee Rewards & Recognition
- Prompt, Efficient and Accurate Compensation and Pay Administration
- Professional Officer Training
- Weekly Payroll
- Free Uniforms
- Medical Plans
- Paid Training
- Holiday Pay

## Development & Retention

We work hard to develop, recognize and support our Officers for long term retention so that you can enjoy a stable security team for years to come. We care about our Officers and know that a satisfied officer = a satisfied customer.

## About Arrow Security

After being wounded in the line of duty, retired New York City Police Officer Edward Ahrens founded Arrow Security Patrols in 1985. Ahrens continued to build his business over the next decade. When deteriorating health forced Ahrens to retire in 1995, A.J. Caro purchased the company with two partners to form what is now known as Arrow Security. In the next decade, Caro acquired sole ownership of the company and he continues to serve as President and CEO.

A.J.'s philosophy for Arrow is simple. Provide clients with security solutions tailored to meet their specific needs and give them a world class level of service. This philosophy has helped build Arrow into one of the largest privately held security guard companies in the Unites States with a 97% customer retention rate and an average client relationship of over 15 years. This dedication to customer satisfaction runs deep throughout the entire organization and is what sets us apart from the competition.

We proudly provide over 2.6 million hours of guard services each year, protecting billions of dollars in property and assets. We are an approved, pre-vetted GSA Cooperative Purchasing Program Contractor and hold Secret Clearance with the Department of Defense (DoD).

We believe in local support for our partners and our communities. That is why we have Regional offices with dedicated management and HR Teams, 24 / 7 / 365 Regional Command Centers and local Field Inspectors / Supervisors to ensure we exceed our customer's expectations. Safety, security, tradition, and service are our legacy.

## Executive Staff



**A.J. Caro**
Chief Executive Officer

Arrow Security is fortunate to have A.J. at the helm developing strategic plans, overseeing technology solutions, and developing systems to ensure that every partner has a superior customer experience. A.J.'s security background spans 25 years, yet he remains a visionary leader, motivated to serve our partners and grow the company. A.J.'s commitment to customer service sets the tone for the entire organization and he regularly makes himself available to clients.

- 20 years as a Licensed Private Investigator
- Department of Defense clearance
- Named Top 40 Under 40 Business Person
- Smart CEO award
- Awarded Fastest Growing Company by *Inc Magazine*



**Peter Curcio**
Chief Operating Officer
MS, PEFP

Rock-solid operations are the foundation for exceptional service. In his prior career, Peter managed the entire NYC prison system. Today, he oversees our day-to-day administrative functions, manages internal affairs and works closely with the Chief Financial Officer to ensure that every partner receives the service they have come to expect of Arrow Security.

- Nearly four decades law enforcement experience
- Graduate of Harvard's John F. Kennedy School of Government Executive Education Program
- Consultant to USDOJ / NIC
- Private Investigator, NYS
- 9/11 Responder



**Brendon McDonald**
Chief Financial Officer
CPA, CGMA

At Arrow Security, our priority is continuity of service. We count on Brendon to support our business foundations and track the bottom line so that we can continue to offer superior service to our partners for years to come. His expertise also ensures that we remain in compliance, not just with state and federal regulations, but with partner expectations as well.

Brendon is a proud member of the following organizations:

- New York State Society of Certified Public Accountants (NYSSCPA)
- Institute of Management Accountants (IMA)
- American Institute of Certified Public Accountants (AICPA)
- Financial Executive Networking Group (FENG)
- Society of the Friendly Sons of St. Patrick



**Robert Hopes**
Executive Vice President
ASIS CPP®

Security is an exacting business. No one knows that better than Robert, a retired NYPD Detective and former security business owner himself. He develops all company policies and procedures, standardizes operations, and ensures that we remain in compliance with all Federal, State and Local requirements. In so doing, he works closely with our team of Regional Vice Presidents and builds relationships with our partners.

- More than three decades law enforcement and security industry experience
- Combat Cross recipient, NYPD – Mayor Ed Koch
- LI Chapter Board Member, ASIS



**Melissa Levine**
Vice President of Human Resources
SHRM, ASIS CPP®

High performance companies require superior staff and a solid strategy for leveraging talents to serve the partner's best interest. Melissa is a Human Resources expert who specializes in selecting Officers and staff who meet our rigorous training and performance standards. She supports them, and you, by managing leadership, development and training programs, employee compensation and benefits, and employee relations.

- Northeast Regional Director for Command Security
- More than 10 years security industry experience
- Over two decades HR experience



**Lou Sweet**
Executive Director of Field Support Services
Licensed Private Investigator

As former Law Enforcement Officer and Security Director who eventually became a founding member of the US Department of Homeland Security, Lou's industry experience is unmatched. Following a successful career with the Federal Government, he became certified to teach a variety of security courses and joined the Arrow Team. Lou remains an active, certified instructor in a variety of key areas while also providing Field Support services to the Arrow Team.

- Founding member, US Department of Homeland Security
- Firearms and Use of Force Subject Matter Expert (SME), NY Field Office
- Certified Instructor: ALICE Active Shooter, NY State Division of Criminal Justice Services (DCJS) General Topics and Firearms Instructor for Security Guards, Municipal Police Council General Topics (Police)



**Amy Barber**
Director of Corporate Recruitment
BS

Recruiting highly skilled, experienced Officers and staff is a top priority at Arrow. From placing employment postings to increasing our visibility as an employer, we rely on Amy to ensure we find and retain top quality candidates dedicated to serving our partners.

- More than 20 years customer relations and business development experience
- 10 years in corporate recruitment and Human Resources experience administration



**Scott Sturgess**
Vice President of Sales and Marketing
BS, SSBB

Scott came to Arrow Security with over 25 years' experience in the security industry. His leadership experience and background in sales management, product marketing and business development ensure that we will continue to rank among the most successful security companies in the nation.

- 23-year career with Honeywell in electronic security and safety
- Former Vice President of Business Development with Summit Security



**Christopher Fitzpatrick**
Senior Vice President, New York City

Customer care and service are what sets Arrow Security apart from other firms. Chris is experienced in managing, mentoring and driving teams to achieve results. We trust him to build and maintain long-lasting relationships with our partners while ensuring top quality security protection for businesses of all sizes in the NYC area.

- More than 30 years executive management, business development, client relations management and operations experience
- More than 10 years security industry experience



**John Reed**
Senior Vice President, Northeast and Mid-Atlantic Regions

With a law enforcement background and more than two decades of security industry experience, John is a master of setting a strategic foundation for business success. We count on him to ensure client satisfaction while monitoring compliance, growing the business and supporting his team.

- Northeast Regional Director for Command Security
- More than 25 years security industry experience
- Former Police Officer, MA and TN
- Member, ASIS



**Joseph Hirsch**
Regional Vice President, Long Island

Accountability is a key component of Arrow Security's high-quality service. Joseph has a knack for attracting, selecting and developing staff while holding everyone accountable for providing top-notch service to our partners. We appreciate his ability to think strategically and ensure the organization has ample staff to fulfill client security and service needs.

- Former US Army, Military Intelligence
- Former Law Enforcement Officer, Suffolk County PD



**Jason Butz**
Director of Operations, Florida

As Director of Operations, Jason is responsible for the day to day interactions of the team as well as the satisfaction of each partner and strategic planning. He brings to Arrow over 22 years of knowledge and experience from a variety of security details, including Hospitality, Retail, Armored, Cash Operations, Secure Transport and Operational Logistics.

- Licensed Private Investigator (FL) with experience in:
  - Civil and Criminal Actions
  - Threat Assessment
  - Protective Counter-Surveillance
  - Fraud Investigations
  - Anti-Money Laundering Operations
- Specialized experience and training in:
  - Emergency Response Security Team Leader for Critical Infrastructure
  - Executive Protection Operations

CORPORATE OFFICE
300 W. Main Street Smithtown, NY 11787
1-800-924-0138
info@arrowsecurity.net

ARROW SECURITY

ARROW SECURITY

Service Training Technology People Join Our Team Contact/Locations




ARROW SECURITY

Service Training Technology People Join Our Team Contact/Locations

## We are Looking for Security Officers for the following regions:

| | | |
|---|---|---|
| New York City | Staten Island | Massachusetts |
| Brooklyn | New Jersey | Florida |
| Queens | Long Island | |
| Bronx | Connecticut | |

**Apply Now**

At Arrow, **"We Care"** about our employees.

We are committed to diversity and providing an equal opportunity to all who apply. Our goal is to create a workforce representative of the many cultures, backgrounds and perspectives within the communities we serve.

Arrow Security has been recognized by Inc 500 as one of the Fastest growing companies for numerous years running and is rated in the top 15 of all Security Guard agencies in the nation.

We pride ourselves on the excellence of our employees and the services they provide. Arrow thrives in a "promote from within" culture, and many members of our leadership team began as Security Officers with our company.

**Arrow Offers:**

- Full-time Positions
- Part-Time Employment
- Prompt and Accurate Pay
- Weekly Payroll
- Professional, Paid Officer Training
- Medical Coverage
- Employee Rewards and Recognition
- Free Uniforms
- Holiday Pay
- Officer Mentorship

Come join our team of professional, customer service oriented Security Officers. We look forward to working with you soon!

**Click Here to Apply!**

CORPORATE OFFICE
300 W. Main Street Smithtown, NY 11787
1-800-924-0138
info@arrowsecurity.net

ARROW SECURITY

ARROW SECURITY

Service Training Technology People Join Our Team Contact/Locations

# Have a question?
# Need a quote?
# Call the number below or fill out the form.
# Let's talk.



ARROW SECURITY

Service Training Technology People Join Our Team Contact/Locations

## Contact Us

Name

First Last

Email

Phone

Comment

Submit

## Locations



ALBANY, NY



CONNECTICUT



FLORIDA



GEORGIA



MARYLAND



MASSACHUSETTS



NEW HAMPSHIRE



NEW JERSEY



NEW YORK



PENNSYLVANIA



RHODE ISLAND



VIRGINIA

CORPORATE OFFICE
300 W. Main Street Smithtown, NY 11787
1-800-924-0138
info@arrowsecurity.net

ARROW SECURITY