# EXHIBIT F











# Instagram



**arrow.security**

15 posts  3 followers  2 following

**Arrow Security**
Arrow Security delivers tailored security solutions coupled with around the clock superior customer service. www.arrowsecurity.net

POSTS    TAGGED















About  Blog  Jobs  Help  API  Privacy  Terms  Top Accounts  Hashtags  Locations

English  © 2021 Instagram from Facebook