# CONSENT TO SUE UNDER
# THE FAIR LABOR STANDARDS ACT

I, Anthony Corsetti, am an individual formerly employed by Arrow Security (together, including any successors, affiliates or related entities, "Defendants"). I consent to be a plaintiff in an action to collect unpaid compensation against Defendants.

By: _____

Name: Anthony Corsetti

Date: 3/9/2021