| AO 440 (Rev. 06/12) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|
| SERVICE OF: **SUMMONS AND CLASS ACTION COLLECTIVE ACTION COMPLAINT, EXHIBITS, $40.00 FEE** <br> EFFECTED (1) BY ME: _Angela Roy_ <br> TITLE: **PROCESS SERVER** | DATE: 5/19/21 @ 9:00 AM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

ARON SECURITY, INC., C/O NEW YORK SECRETARY OF STATE

Place where served:

ONE COMMERCE PLAZA  99 WASHINGTON AVENUE  ALBANY  NY  12231

[n] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

_Nancy Dougherty, Business Document Specialist II_

Relationship to defendant  _____

Description of Person Accepting Service:

SEX: _F_  AGE: _60_  HEIGHT: _5'2"_  WEIGHT: _120 lbs_  SKIN: _White_  HAIR: _Brown_  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ _____.____     SERVICES $ _____.____     TOTAL $ _____.____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature

DATE: _5/19/2021_     _____ L.S.

SIGNATURE OF _Angela Roy_
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: C.K. LEE, ESQ.
PLAINTIFF: NUR SATTYAKAM, ET AL
DEFENDANT: ARON SECURITY, INC. D/B/A ARROW SECURITY, ET AL
VENUE: DISTRICT
DOCKET: 1 21 CV 03485
COMMENT: