UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NUR SATTYAKAM and ANTHONY CORSETTI,
Nationwide FLSA collective Plaintiffs,
and the Class,

        Plaintiffs,

    -against-

ARON SECURITY, INC. d/b/a ARROW SECURITY, and JOHN DOE CORPORATIONS 1-100 d/b/a ARROW SECURITY,

        Defendants.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/2021

Civil No.: 21-cv-3485 (PGG)

## STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

It hereby is STIPULATED AND AGREED, by and between Plaintiffs and Aron Security, Inc. d/b/a Arrow Security (hereinafter referred to as "Defendant"), through their undersigned attorneys, who are authorized to enter into this Stipulation, that any obligation on the part of Defendant to answer, move, or otherwise respond to the Complaint in this matter is extended to and including August 6, 2021. Defendant waives all defenses to this action based on service of process, and reserves all other defenses.

LEE LITIGATION GROUP, PLLC
*ATTORNEYS FOR PLAINTIFFS*
148 West 24th Street, 8th Floor
New York, New York 10011
(212) 228-465-1188

By: _____
C.K. Lee, Esq.
Dated: 6/7/21

4839-3662-7949, v. 1

JACKSON LEWIS P.C.
*ATTORNEYS FOR DEFENDANT*
58 South Service Road, Suite 250
Melville, New York 11747
(631) 247-0404

By: _____
Brian J. Shenker, Esq.
Dated: 6/7/21

SO ORDERED:
6/7/2021   _____

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE