# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1188
FAX: 212-465-1181
INFO@LEELITIGATION.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/2021

WRITER'S DIRECT:        (212) 465-1188
                       CKLee@leelitigation.com

October 18, 2021

**Via ECF**
The Honorable Robert W. Lehrburger, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

        Re:   *Sattyakam et al v. Aron Security, Inc et al*
              Case No. 21-cv-03485-PGG-RWL

Dear Judge Lehrburger:

    We are counsel to Plaintiffs in the above-referenced matter. Plaintiffs write pursuant to Local Civil Rule 37.2 and Your Honor's Individual Rule (II)(D) requesting a conference regarding Defendants' outstanding discovery responses or that Defendants be compelled to provide responses by October 22, 2021.

    On September 16, 2021, Plaintiffs served its initial discovery requests upon Defendants. *See* **Exhibit A**, Plaintiffs' Discovery Requests; **Exhibit B**, Plaintiffs' Email Serving Discovery Requests. On October 18, 2021, Defendants' responses to Plaintiffs' discovery requests became due.

    On October 18, 2021, Plaintiffs' counsels, C.K. Lee and Robert A. Kansao, and Defendants' counsel, Sharon Simon, met and conferred regarding scheduling and discovery.

    At this meet and confer, Defendants stated they would be unable to produce responses by the October 18, 2021 deadline. Plaintiffs suggested an extension until the end of the week, October 22, 2021. Defendants refused to provide any alternative date by which they would produce the outstanding responses.

    Plaintiffs request Defendants be compelled to respond on or before October 22, 2021. Production of these responses by October 22, 2021 is especially important in this matter as parties are scheduled for a conference before the Court on October 27, 2021 at 2:30 pm. A review of discovery responses prior to this conference will allow parties to have a more informed and productive discussion before the Court.

    We thank the Court for its consideration.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc:   all parties via ECF

Request denied. The Court will discuss discovery issues with the parties at the initial conference on October 27, 2021.

SO ORDERED:

10/19/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE