# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1188
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:  (212) 465-1188
cklee@leelitigation.com

February 25, 2022

**Via ECF**

The Honorable Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

Re:  *Sattyakam et al v. Aron Security, Inc et al*
Case No. 21-cv-03485-PGG-RWL

Dear Judge Gardephe:

    We are counsel to Plaintiffs in the above referenced matter and write jointly with counsel to Defendants. In light of Plaintiffs' Notices of Acceptance of Defendants' Offers of Judgment (Dkt. Nos. 52-53), we respectfully request the Court enter the Rule 68 Judgments and close the case.

    We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.