UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nur Sattyakam, et al, *on behalf of themselves, FLSA Collective Plaintiffs and the Class*, <br><br>                              Plaintiffs, <br><br>                -v- <br><br> ARON SECURITY, INC., <br><br>                              Defendants. | **Case No.**: 1:21-cv-03485 <br><br><br> **RULE 68 JUDGMENT** |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Aron Security, Inc. ("Defendant"), having offered to allow Plaintiffs Nur Sattyakam and Jaja Chavez (collectively, "Plaintiffs") to take a judgment against it, in the sum of Fifteen Thousand Dollars and No Cents ($15,000.00), inclusive of legal fees, with respect to Plaintiffs' individual federal claims only under the Fair Labor Standards Act, as amended, in accordance with the terms and conditions of Defendant's Rule 68 Offer of Judgment dated February 11, 2022 and filed as Exhibit A to Docket Number 52;

**WHEREAS**, on February 25, 2022, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendant's Offer of Judgment (Dkt. No. 52);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiffs Nur Sattyakam and Jaja Chavez, in the sum of Fifteen Thousand Dollars and No Cents ($15,000.00), in accordance with the terms and conditions of Defendant's Rule 68 Offer of Judgment dated February 11, 2022 and filed as Exhibit A to Docket Number 52.

**SO ORDERED:**

Dated: March 1, 2022
          New York, New York

_____
Paul G. Gardephe
United States District Judge