UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Nur Sattyakam, et al,
*on behalf of themselves, FLSA Collective Plaintiffs and the Class*,

                    Plaintiffs,

                    -v-

ARON SECURITY, INC.,

                    Defendants.

**Case No.**: 1:21-cv-03485

**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Aron Security, Inc. ("Defendant"), having offered to allow Plaintiff Kevin Scott ("Plaintiff") to take a judgment against it, in the sum of Five Thousand Dollars and No Cents ($5,000.00), inclusive of legal fees, with respect to Plaintiff's individual federal claims only under the Fair Labor Standards Act, as amended, in accordance with the terms and conditions of Defendant's Rule 68 Offer of Judgment dated February 25, 2022 and filed as Exhibit A to Docket Number 53;

**WHEREAS**, on February 25, 2022, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendant's Offer of Judgment (Dkt. No. 53);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Kevin Scott, in the sum of Five Thousand Dollars and No Cents ($5,000.00), in accordance with the terms and conditions of Defendant's Rule 68 Offer of Judgment dated February 25, 2022 and filed as Exhibit A to Docket Number 53.

The Clerk of Court is directed to close the case.

**SO ORDERED:**

Dated: March 1, 2022
       New York, New York

_____
Paul G. Gardephe
United States District Judge